## 20836. TYLER *v.* THE STATE.

BROYLES, C. J. 1. The defendant was convicted of involuntary manslaughter in the commission of an unlawful act. The theory that he committed the offense through misfortune or accident was raised solely by his statement to the jury, and, therefore, under repeated decisions of the Supreme Court and of this court, the failure of the trial court to instruct the jury on that theory was not error in the absence of an appropriate written request.

2. In the light of all the facts of the case the remaining special grounds of the motion for a new trial show no cause for a reversal of the judgment. The verdict was amply authorized by the evidence and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1930.

*W. H. H. Jones, Hugh E. Combs, Minor W. Dempsey,* for plaintiff in error.

*George Hains, solicitor-general, John M. Graham,* contra.

## 20843. McCRORY *v.* THE STATE.

BLOODWORTH, J. The bill of exceptions recites that it was tendered to the trial judge "within the time provided by law and within thirty days of the entry of judgment overruling said motion for new trial." The certificate of the trial judge to the bill of exceptions bears no date. "In all criminal cases the bill of exceptions shall be tendered and signed within twenty days from the rendition of the decision" (Civil Code of 1910, § 6153), and "it must affirmatively appear from the bill of exceptions or the entries thereon, or the record, that the bill of exceptions was presented within the time prescribed by law." *Jones* v. *State,* 146 *Ga.* 8 (1), (3) (90 S. E. 280), and cases cited. Under the facts disclosed by the record and the law applicable thereto, this court is without jurisdiction of the case.

*Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1930.

*G. L. Worthy,* for plaintiff in error.

*Jeff. A. Pope, solicitor,* contra.